| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>PARKER McCAY P.A.<br>BRIAN E. CAINE<br>9000 Midlantic Drive; Suite 300<br>Mt. Laurel, New Jersey 08054<br>(856) 596-8900<br>Attorney for J.P. Morgan Mortgage Acquisition Corporation, its successors and/or assigns | Order Filed on July 21, 2016<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>STEPHEN CAROLEO<br>JENNIFER CAROLEO | Case No. 13-14543<br><br>Hearing:  July 20, 2016<br><br>Judge: GRAVELLE |

### ORDER VACATING STAY AS TO REAL PROPERTY

The relief set forth on the following pages, numbered two (2) through two (2) are hereby **ORDERED**.

**DATED: July 21, 2016**

_Honorable Christine M. Gravelle_
United States Bankruptcy Judge

**(Page 2)**
Debtors: Stephen Caroleo & Jennifer Caroleo
Case No: 13-14543-CMG
Caption of Order: ORDER VACATING STAY AS TO REAL PROPERTY

---

Upon the motion of J.P. Morgan Mortgage Acquisition Corporation, its successors and/or assigns, ("Movant"), under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain real property as herein set forth, and for cause shown, it is hereby:

ORDERED that the automatic stay is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Movant's rights in the following real property:

*335 Suburban Drive, Toms River, New Jersey 08753*

It is further ORDERED that the Movant may join the Debtors and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

~~Rule 4001(a)(3) is not applicable and Movant, its successors and/or assigns may immediately enforce and implement this Order granting relief from the automatic stay~~.

The Movant shall serve this order on the Debtors, Debtors' attorney, any trustee and any other party who entered an appearance on the motion

Movant may pursue any and all loss mitigation options with respect to the Debtor(s) or the real property described above, including but not limited to repayment agreement, loan modification, short sale or deed-in-lieu of foreclosure