UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

PARKER McCAY P.A.
BRIAN E. CAINE
9000 Midlantic Drive; Suite 300
Mt. Laurel, New Jersey 08054
(856) 596-8900
Attorney for J.P. Morgan Mortgage Acquisition Corporation, its successors and/or assigns

Order Filed on July 21, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

STEPHEN CAROLEO
JENNIFER CAROLEO

Case No. 13-14543

Hearing: July 20, 2016

Judge: GRAVELLE

### ORDER VACATING STAY AS TO REAL PROPERTY

The relief set forth on the following pages, numbered two (2) through two (2) are hereby **ORDERED**.

**DATED: July 21, 2016**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtors: Stephen Caroleo & Jennifer Caroleo
Case No: 13-14543-CMG
Caption of Order: ORDER VACATING STAY AS TO REAL PROPERTY

---

Upon the motion of J.P. Morgan Mortgage Acquisition Corporation, its successors and/or assigns, ("Movant"), under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain real property as herein set forth, and for cause shown, it is hereby:

ORDERED that the automatic stay is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Movant's rights in the following real property:

*335 Suburban Drive, Toms River, New Jersey 08753*

It is further ORDERED that the Movant may join the Debtors and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

~~Rule 4001(a)(3) is not applicable and Movant, its successors and/or assigns may immediately enforce and implement this Order granting relief from the automatic stay~~.

The Movant shall serve this order on the Debtors, Debtors' attorney, any trustee and any other party who entered an appearance on the motion

Movant may pursue any and all loss mitigation options with respect to the Debtor(s) or the real property described above, including but not limited to repayment agreement, loan modification, short sale or deed-in-lieu of foreclosure

United States Bankruptcy Court
District of New Jersey

In re:
Stephen Caroleo
Jennifer Caroleo
    Debtors

Case No. 13-14543-CMG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jul 21, 2016
                  Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2016.
db/jdb       +Stephen Caroleo,   Jennifer Caroleo,   335 Suburban Drive,   Toms River, NJ 08753-4246

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2016 at the address(es) listed below:
          Albert   Russo    docs@russotrustee.com
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Brian E Caine    on behalf of Creditor    JPMorgan Chase Bank, et al bcaine@parkermccay.com,
           BKcourtnotices@parkermccay.com
          Brian E Caine    on behalf of Creditor    J.P. Morgan Mortgage Acquisition Corporation
           bcaine@parkermccay.com,   BKcourtnotices@parkermccay.com
          Brian E Caine    on behalf of Creditor    J.P. Morgan Mortgage Acquisition Corp.
           bcaine@parkermccay.com,   BKcourtnotices@parkermccay.com
          John R. Morton, Jr.    on behalf of Creditor    American Honda Finance Corporation
           mortonlaw.bcraig@verizon.net,   donnal@mortoncraig.com;mhazlett@mortoncraig.com
          Joseph   Purrazzella    on behalf of Debtor Stephen   Caroleo jpurrlaw@comcast.net,
           joep1897@comcast.net
          Joseph   Purrazzella    on behalf of Joint Debtor Jennifer   Caroleo jpurrlaw@comcast.net,
           joep1897@comcast.net
          Joshua I. Goldman    on behalf of Creditor    RESIDENTIAL CREDIT SOLUTIONS, INC., as servicer for
           J.P. MORGAN MORTGAGE ACQUISITION CORP. jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor    J.P. Morgan Mortgage Acquisition Corp.
           jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com
          R. A. Lebron    on behalf of Creditor    RESIDENTIAL CREDIT SOLUTIONS, INC., as servicer for J.P.
           MORGAN MORTGAGE ACQUISITION CORP. bankruptcy@feinsuch.com
                                                                                      TOTAL: 11