Form clsnodsc − ntcclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.:  13−14543−CMG
                      Chapter:  13
                      Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Stephen Caroleo                             Jennifer Caroleo
   335 Suburban Drive                     335 Suburban Drive
   Toms River, NJ 08753                Toms River, NJ 08753

Social Security No.:
   xxx−xx−9304                                  xxx−xx−8129

Employer's Tax I.D. No.:

## NOTICE OF DEFICIENCY CONCERNING DISCHARGE

     You are hereby notified that the above−named case will be closed without entry of discharge on or after May 19, 2017 for the reason(s) indicated below.

- ☑ Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

- ☑ Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

- ☑ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☑ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: April 19, 2017
JAN: pbf

                                                                                    Jeanne Naughton
                                                                                     Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Stephen Caroleo
Jennifer Caroleo
    Debtors

Case No. 13-14543-CMG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Apr 19, 2017
                     Form ID: clsnodsc     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2017.
db/jdb        +Stephen Caroleo, Jennifer Caroleo, 335 Suburban Drive, Toms River, NJ 08753-4246

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Apr 19 2017 22:51:50    U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 19 2017 22:51:48    United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235
                                                                                                                                                                             TOTAL: 2

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2017                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2017 at the address(es) listed below:
          Albert Russo    docs@russotrustee.com
          Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com
          Brian E Caine    on behalf of Creditor    J.P. Morgan Mortgage Acquisition Corp. bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
          Brian E Caine    on behalf of Creditor    JPMorgan Chase Bank, et al bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
          Brian E Caine    on behalf of Creditor    J.P. Morgan Mortgage Acquisition Corporation bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
          Denise E. Carlon    on behalf of Creditor    RESIDENTIAL CREDIT SOLUTIONS, INC., as servicer for J.P. MORGAN MORTGAGE ACQUISITION CORP. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          John R. Morton, Jr.    on behalf of Creditor    American Honda Finance Corporation mortonlaw.bcraig@verizon.net, donnal@mortoncraig.com;mhazlett@mortoncraig.com
          Joseph Purrazzella    on behalf of Debtor Stephen Caroleo joseph@purrlaw.com, joep1897@comcast.net
          Joseph Purrazzella    on behalf of Joint Debtor Jennifer Caroleo joseph@purrlaw.com, joep1897@comcast.net
          Joshua I. Goldman    on behalf of Creditor    RESIDENTIAL CREDIT SOLUTIONS, INC., as servicer for J.P. MORGAN MORTGAGE ACQUISITION CORP. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor    J.P. Morgan Mortgage Acquisition Corp. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
          R. A. Lebron    on behalf of Creditor    RESIDENTIAL CREDIT SOLUTIONS, INC., as servicer for J.P. MORGAN MORTGAGE ACQUISITION CORP. bankruptcy@feinsuch.com
                                                                                                                                                    TOTAL: 12