**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on August 2, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Stephen Caroleo
Jennifer Caroleo

| | |
|---|---|
| Case No.: | 13-14543-CMG |
| Hearing Date: | 8/2/17 |
| Judge: | Gravelle |
| Chapter: | 13 |

Recommended Local Form:    ☑ Followed    ☐ Modified

## ORDER REOPENING CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 2, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the motion of _____debtors_____, and for good cause shown, it is

ORDERED as follows:

1. This case is reopened.

2. ❏ A Trustee shall be appointed.

   ☑ A Trustee shall not be appointed.

3. ❏ The case shall be immediately reclosed.

   ❏ The case shall be closed within _____ days.

   ☑ The case shall be reviewed within ___20___ days for closing eligibility. Debtors Certification of Completion of Post-Petition Instructional Course Concerning Personal Financial Management - Official Form 423 to be filed with in 10 days from entry of this order.

The successful party shall serve this Order on the debtor, any trustee and all parties who entered an appearance on this motion.

*rev. 6/1/06. jml*