**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Stephen Caroleo
Jennifer Caroleo

Order Filed on August 2, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: _____13-14543-CMG_____

Hearing Date: _____8/2/17_____

Judge: _____Gravelle_____

Chapter: _____13_____

Recommended Local Form:   ☑ Followed   ☐ Modified

# ORDER REOPENING CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 2, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the motion of _____debtors_____, and for good cause shown, it is

ORDERED as follows:

1. This case is reopened.

2. ❏ A Trustee shall be appointed.

   ☑ A Trustee shall not be appointed.

3. ❏ The case shall be immediately reclosed.

   ❏ The case shall be closed within _____ days.

   ☑ The case shall be reviewed within ___20___ days for closing eligibility. Debtors Certification of Completion of Post-Petition Instructional Course Concerning Personal Financial Management - Official Form 423 to be filed with in 10 days from entry of this order.

The successful party shall serve this Order on the debtor, any trustee and all parties who entered an appearance on this motion.

*rev. 6/1/06. jml*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Stephen Caroleo  
Jennifer Caroleo  
      Debtors

Case No. 13-14543-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Aug 02, 2017  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2017.  
db/jdb      +Stephen Caroleo,   Jennifer Caroleo,   335 Suburban Drive,   Toms River, NJ 08753-4246

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2017                                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2017 at the address(es) listed below:

      Albert Russo    docs@russotrustee.com  
      Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com  
      Brian E Caine    on behalf of Creditor   JPMorgan Chase Bank, et al bcaine@parkermccay.com,  
   BKcourtnotices@parkermccay.com  
      Brian E Caine    on behalf of Creditor   J.P. Morgan Mortgage Acquisition Corporation  
   bcaine@parkermccay.com,   BKcourtnotices@parkermccay.com  
      Brian E Caine    on behalf of Creditor   J.P. Morgan Mortgage Acquisition Corp.  
   bcaine@parkermccay.com,   BKcourtnotices@parkermccay.com  
      Denise E. Carlon    on behalf of Creditor    RESIDENTIAL CREDIT SOLUTIONS, INC., as servicer for  
   J.P. MORGAN MORTGAGE ACQUISITION CORP. dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
      John R. Morton, Jr.    on behalf of Creditor    American Honda Finance Corporation  
   ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com;mhazlett@mortoncraig.com  
      Joseph Purrazzella    on behalf of Debtor Stephen Caroleo joseph@purrlaw.com,  
   joep1897@comcast.net  
      Joseph Purrazzella    on behalf of Joint Debtor Jennifer Caroleo joseph@purrlaw.com,  
   joep1897@comcast.net  
      Joshua I. Goldman    on behalf of Creditor    RESIDENTIAL CREDIT SOLUTIONS, INC., as servicer for  
   J.P. MORGAN MORTGAGE ACQUISITION CORP. jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com  
      Joshua I. Goldman    on behalf of Creditor    J.P. Morgan Mortgage Acquisition Corp.  
   jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com  
      R. A. Lebron    on behalf of Creditor    RESIDENTIAL CREDIT SOLUTIONS, INC., as servicer for J.P.  
   MORGAN MORTGAGE ACQUISITION CORP. bankruptcy@feinsuch.com  
                                                                                                    TOTAL: 12